IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
     v.                              : Case No. 3:07-cr-5-KRG-KAP
TYRONE D. WILLIAMS,          : Case No. 3:12-cv-229-KRG-KAP
     Movant                   :

## Memorandum Order

The movant's motion to vacate, docket no. 188, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on September 18, 2013, docket no. 198, recommending that the motion to vacate be denied and that a certificate of appealability be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Movant filed a motion for extension of time to file objections that was granted and then filed timely objections, docket no. 202, that are meritless. In addition to the discussion by the Magistrate Judge, I find it incredible that movant would have remained silent at sentencing if in fact his counsel had guaranteed him a 72 month sentence.

After _de novo_ review of the record of this matter, together with the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this **23rd** day of October, 2013, it is

ORDERED that the motion to vacate, docket no. 188, is denied. No certificate of appealability is issued. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Tyrone Williams, Reg. No. 11213-068
    F.C.I. Beckley
    P.O. Box 350
    Beaver, WV 25813